**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**DAVID P. MOLLICA,**

      **Petitioner,**

**v.**                              **Case No. 1:25-cv-113-AW-HTC**

**WARDEN, CROSS CITY
CORRECTIONAL INSTITUTION,**

      **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner David Mollica is serving a life sentence after a 1978 murder conviction in Florida. He petitioned this court for habeas relief. The State moved to dismiss for lack of exhaustion. ECF No. 21. In a thorough report and recommendation, the magistrate judge recommends the court grant that motion and dismiss. ECF No. 27. The magistrate judge also recommends the court deny a certificate of appealability.

Mollica filed a "Motion for Rehearing En Banc," ECF No. 28, which I have construed as an objection to the report and recommendation. That document includes reargument of what was in Mollica's response to the motion to dismiss. Indeed, the pages (save the cover page) are identical. *Compare* ECF No. 26 *with* ECF No. 28. Still, I have considered the issues raised in that document de novo.

1

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss (ECF No. 21) is GRANTED. The clerk will enter a judgment that says, "The petition is dismissed without prejudice for failure to exhaust." A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on April 13, 2026.

s/ *Allen Winsor*
Chief United States District Judge